# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover        Date: April 15, 2010
Court Reporter:    Paul Zuckerman
Probation Officer: Katrina Devine

Criminal Action No. 09-cr-00333-MSK

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Jaime Pena

    Plaintiff,

v.

PAUL NICKLESS,                            Arnold Miller

    Defendant.

---

## SENTENCING MINUTES
---

**2:13 p.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on November 23, 2009.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure as orally amended (**Doc. #55**).  Argument by Mr. Pena. The defendant has no objection.

The parties **do not** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion for Downward Departure as orally amended **(Doc. #55) is GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Bond is exonerated.

**2:38 p.m.** **Court in recess.**

Total Time: 25 minutes.
Hearing concluded.