IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00333-MSK-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PAUL NICKLESS,

        Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On August 4, 2011, the probation officer submitted a petition for early termination of probation in this case. On August 4, 2011, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on August 4, 2011, and the United States has no objections to the proposed relief. Accordingly, it is

        ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

        DATED this 25th day of August, 2011.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge